STATE, Respondent, v. DELANEY, et al., (Delaney, Appellant.)

(156 N. W. 580.)

(File No. 3957.    Opinion fi'ed March 4, 1916.)

**Criminal Law—Appeal Involving Evidence—No Settled Record—Striking Transcript—Affirmance.**

Where only a partial transcript of the evidence was attached to judgment roll, but no settled record was ever certified by trial judge, held, that, the appellant having made no response to an order to show cause why the transcript should not be stricken from the record and judgment affirmed, made by Supreme Court, the transcript will be so stricken, and judgment appealed from affirmed.

Appeal from Circuit Court, Gregory County. Hon. WILLIAM WILLIAMSON, Judge.

Cecil Small and Cyrus Delaney, defendants, were convicted of grand larceny. Cyrus Delaney appeals. Affirmed.

*W. J. Hooper,* for Appellant.

*Byron S. Payne,* Assistant Attorney General, for the State.

PER CURIAM. Appellant, having been convicted of grand larceny, brings the case here on appeal. A reversal is asked upon the sole ground of alleged variance between the proof of ownership of the stolen property and the allegation of ownership in the information.

Appellant's brief was served on the 31st day of Decmber, 1915. A transcript, or partial transcript, of the evidence was filed and attached to the judgment roll, but no settled record has ever been certified to by the trial judge. Appellant's attention was called to the condition of the record by an order issued by this court, on the 24th day of January, 1916, citing appellant to show cause on the 5th day of February, 1916, why said transcript should not be stricken from the record and the judgment appealed from affirmed. To this order to show cause appellant made no response whatever, nor have any steps been taken to correct the record.

This being the case, said transcript will be stricken from the record, and, as the only question submitted for determination is one that requires a consideration of the evidence, and there being no evidence before the court, the appeal will be deemed abandoned, and the judgment appealed from is affirmed.